IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY TASCH,

    *Plaintiff*,

v.                                                Case No.: 5:25cv241-MW/MJF

BUCKALOU,

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

      This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. The Magistrate Judge recommends dismissal for Plaintiff's failure to comply with Court Orders and failure to pay the filing fee. Plaintiff has submitted a letter to the Clerk inquiring about the status of a money order that he says was submitted to pay the initial partial filing fee. ECF No. 11. But this Court has confirmed with the Clerk's Office that, as of the date of this Order, no payment has been received. Plaintiff has not otherwise filed any objections to the report and recommendation.

      Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for Plaintiff's failure to comply with Court Orders, failure to pay the filing fee, and failure to prosecute." The Clerk shall close the file.

**SO ORDERED on February 17, 2026.**

s/Mark E. Walker
**United States District Judge**
